UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TIMOTHY C. MATTOS, | ) | 1:06-CV-01705 AWI LJO HC |
| | ) | |
| Petitioner, | ) | ORDER GRANTING RESPONDENT'S |
| | ) | MOTION FOR STAY |
| v. | ) | [Doc. #6] |
| | ) | |
| DENNIS SMITH, Warden, | ) | |
| | ) | |
| Respondent. | ) | |

Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On December 21, 2006, this Court granted the petition for writ of habeas corpus. Respondent was ordered to consider the appropriateness of transferring Petitioner to a residential re-entry center ("RRC") in light of the factors set forth in 18 U.S.C. §§ 3621(b), not excluding any other factors deemed appropriate by the BOP, without reference to the BOP policy promulgated in December 2002 and without reference to the BOP's February 14, 2005, amendment to 28 C.F.R. § 570.21. Respondent was directed to make this determination within 14 days of the date of the December 18, 2006, Order (hereinafter "Order").

On January 18, 2007, Respondent filed a motion for stay of the Order. On January 22, 2007, Petitioner filed an opposition to Respondent's motion to stay.

**DISCUSSION**

Pending before the Court is Respondent's motion to stay the Order. Respondent asks that the

1  Order be stayed until September 19, 2007, to give Respondent an opportunity to appeal the Order to
2  the Ninth Circuit. Respondent argues that "Program Statement 7310.04 requires the BOP to begin
3  release planning at an inmate's first team meeting." Respondent's Motion at 2. Pursuant to Program
4  Statement 7310.04 § 8, "A final and specific release plan, including a decision as to [RRC] referral,
5  is normally established at a team meeting no later than 11 to 13 months before an inmate's projected
6  release date." Id. In this case, Petitioner is not scheduled for release until, at the earliest,
7  September 19, 2009. Id.  Petitioner opposes Respondent's motion for stay and requests immediate
8  enforcement of the judgment.
9          Respondent's arguments for a stay are persuasive. Petitioner will not be prejudiced by a short
10 stay, because Petitioner is not automatically entitled to a redesignation to an RRC. The BOP retains
11 the *discretion* under 18 U.S.C. § 3621(b) to transfer Petitioner to an RRC, and the Order granting the
12 petition only directed Respondent to *consider* whether it would be appropriate to transfer Petitioner
13 to an RRC in light of the five factors set forth in § 3621(b). Given Petitioner will not be released
14 until 2009 at the earliest, a stay until September 19, 2007, is not unreasonable.

**ORDER**

Accordingly, IT IS HEREBY ORDERED that:

1. Respondent's motion for stay of the Order is GRANTED;

2. Respondent is ORDERED to comply with the Order prior to September 19, 2007;

IT IS SO ORDERED.

**Dated:   February 10, 2007**            **/s/ Anthony W. Ishii**
0m8i78                                    UNITED STATES DISTRICT JUDGE