# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY C. MATTOS,<br><br>              Petitioner,<br><br>   v.<br><br>DENNIS SMITH, Warden,<br><br>              Respondent. | 1:06-CV-01705 LJO GSA HC<br><br>ORDER DIRECTING RESPONDENT TO PROVIDE PROOF OF COMPLIANCE<br>[Docs. 4, 10]<br><br>ORDER DENYING PETITIONER'S MOTION FOR REIMBURSEMENT OF APPEAL FEES<br>[Doc. 27] |

     Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

     On December 21, 2006, the District Court issued an order granting the petition and ordering Respondent to consider the appropriateness of transferring Petitioner to a Residential Re-entry Center in light of the factors set forth in § 3621(b), not excluding any other factors deemed appropriate by the BOP, without reference to the BOP policy promulgated in December 2002 and without reference to the BOP's February 14, 2005, amendment to 28 C.F.R. § 570.21. By Court order dated February 12, 2007, the deadline for compliance was set for September 19, 2007. The deadline has now passed; therefore, Respondent will be directed to file a notice regarding compliance with the court order.

     On December 10, 2007, Petitioner filed a motion requesting reimbursement of his appeal fee.

Rule 3(e) of the Federal Rules of Appellate Procedure requires that "[u]pon filing a notice of appeal, the appellant must pay the district clerk all required fees." The amount of $455.00 was collected to satisfy Petitioner's appeal fee in this case. This fee is non-reimbursable.

## ORDER

Accordingly, IT IS HEREBY ORDERED that:

1. Respondent is DIRECTED to file a notice of compliance with the court order within fifteen (15) days of the date of service of this order; and

2. Petitioner's motion for reimbursement of the appeal fee is DENIED.

IT IS SO ORDERED.

Dated:   **December 19, 2007**          **/s/ Gary S. Austin**
                                        UNITED STATES MAGISTRATE JUDGE