# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY C. MATTOS, ) | 1:06-CV-01705 LJO GSA HC |
| Petitioner, ) | ORDER DIRECTING CLERK OF COURT |
| ) | TO ENTER JUDGMENT AND CLOSE CASE |
| v. ) | |
| DENNIS SMITH, Warden, ) | |
| Respondent. ) | |

Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

Petitioner is currently in custody of the Bureau of Prisons ("BOP") at the Federal Prison Camp in Atwater, California, pursuant to a judgment of the United States District Court.

On November 27, 2006, Petitioner filed the instant federal petition for writ of habeas corpus in this Court. Petitioner claimed the BOP unlawfully denyied him consideration for placement into a Residential Re-entry Center ("RRC").

On December 21, 2006, the District Court granted the petition and ordered Respondent to consider the appropriateness of transferring Petitioner to an RRC in light of the factors set forth in § 3621(b), not excluding any other factors deemed appropriate by the BOP, without reference to the BOP policy promulgated in December 2002 and without reference to the BOP's February 14, 2005,

amendment to 28 C.F.R. § 570.21. Respondent was ordered to make said determination within fourteen (14) days of the date of the Order.

On January 18, 2007, Respondent filed a motion to stay the order granting the petition. Respondent's motion was granted on February 12, 2007, and the order was stayed until September 19, 2007.

On December 20, 2007, the Court ordered Respondent to file a notice of verification of compliance. Respondent did so on January 11, 2008. According to Respondent's verification, Petitioner was evaluated on May 17, 2007, consistent with the Court's Order. As a result of this evaluation, the BOP has determined Petitioner is to spend "150-180 days in a Residential Re-entry Center before his release." See Attachment to Respondent's Verification. As Respondent has complied with the Court's Order and granted Petitioner the relief sought, the case is now closed.

**ORDER**

Accordingly, IT IS HEREBY ORDERED that the Clerk of Court is DIRECTED to enter judgment and close the case.

IT IS SO ORDERED.

**Dated:   January 14, 2008**              /s/ Lawrence J. O'Neill
                                           UNITED STATES DISTRICT JUDGE